IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-151-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JARVIS McCOY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on it's own motion. For for good cause shown, Arraignment in this matter is continued to the court's October 9, 2012, criminal term.

This Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 10th day of September 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC