IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-00151-1H

UNITED STATES OF AMERICA,  )
                                                  )
    v.                                        )
                                                  )      **ORDER**
JARVIS MCCOY,                  )
                                                 )
        Defendant.       )

This matter is before the court on defendant's motion entitled "motion to suspend payment of fine until supervised release based on material change in defendant's economic circumstances and health under Title 18 3572(d)(3)" filed March 5, 2014. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Therefore, defendant's motion [DE #59] is hereby DENIED.

This 12th day of March 2014.

                                                                                    MALCOLM J. HOWARD
                                                                                    Senior United States District Judge

At Greenville, N.C.
#26